EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile: 541-2958
E-mail: ron.johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 09 2003

at ____ o'clock and ____ min ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | CR. NO. CR03-00173 SOM |
| Plaintiff,  ) | INFORMATION |
| vs.         ) | [18 U.S.C. § 1001] |
| SCOTT M. SHUPE,         ) | |
| Defendant.  ) | |

INFORMATION

COUNT 1

[18 U.S.C. § 1001]

The United States Attorney charges that:

From on or about May 17, 1999, to and including May 20, 1999, in the District of Hawaii, in a matter within the

jurisdiction of the Federal Aviation Administration, an agency of the United States, defendant, SCOTT M. SHUPE, did knowingly and willfully make and use a material false writing by failing to record actual flight time in an aircraft logbook, knowing the same to be false; that SCOTT M. SHUPE represented in the aircraft log that he had flown the aircraft a total of 1.4 hours on May 17, 1999, and May 18, 1999, when in truth and in fact, SCOTT M. SHUPE had flown the aircraft for 7.8 hours on these two days, in violation of Federal Aviation Administration rules which require that an accurate record of total flight hours be kept for an aircraft.

All in violation of Title 18, United States Code, Section 1001(a)(3).

## COUNT 2

[49 U.S.C. § 46316]

The United States Attorney further charges that:

On or about August 17, 1999, in the District of Hawaii, in a matter within the jurisdiction of the Federal Aviation Administration, an agency of the United States, defendant, SCOTT M. SHUPE, did knowingly and willfully serve as a pilot aboard a commercial flight carrying passengers without first passing a competency check in that class of aircraft, as required by Federal Aviation Safety Regulations, Title 14, Code of Federal Regulations, Section 135.293.

All in violation of Title 49, United States Code, Section 46316.

DATED: _April 9, 2003_, at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii

                RONALD G. JOHNSON
                Assistant U.S. Attorney

United States v. Scott M. Shupe
Cr. No.
INFORMATION